UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
10-CV-02399

Thomas Ochs and Helen Ochs

    Plaintiff,

vs.                            **ORDER GRANTING WITHDRAWAL OF REMOVAL TO FEDERAL COURT AND REMAND TO STATE COURT**

David Baker,

    Defendant.

THE COURT HEREBY ORDERS THAT:

1. As Defendant David Baker is a resident of the state of Minnesota and while there is diversity of citizenship and this action could have been brought originally in Federal Court, removal is not appropriate pursuant to 28 U.S.C. § 1441(b);

2. Defendant David Baker's request that the The Notice of Removal Pursuant to 28 U.S.C. § 1441 be withdrawn is granted;

3. The above-entitled matter is remanded back to the District Court of the County of Hennepin, State of Minnesota for the exercise of jurisdiction over this action; and

4. There is no prejudice to either party.

Dated this   22   day of June, 2010.      By the Court:

                                                    s/Paul A. Magnuson
                                                    Paul A. Magnuson, Judge
                                                    United States District Court